3

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

| | | |
|---|---|---|
| VENANCIO SIFUENTES *et. al*, | § | **JAN 1 3 2003** |
| | § | |
| Plaintiffs, | § | **Michael N. Milby**<br>**Clerk of Court** |
| | § | |
| vs. | § | CIVIL CAUSE NO. B-02-233 |
| | § | |
| KANSAS CITY SOUTHERN | § | |
| INDUSTRIES, INC. *et. al*, | § | |
| | § | |
| Defendants. | § | |

MOTION FOR LEAVE FOR PAUL O. WICKES
TO APPEAR AS ATTORNEY IN CHARGE

NOW COMES Defendants Kansas City Southern Industries, Inc. n/k/a Kansas City

Southern ("KCS"), The Kansas City Southern Railway Company ("KCSR"), and Michael

Haverty (collectively, "KCS Defendants") and respectfully request that the Court grant leave for

its regular outside counsel to appear as "attorney in charge" in this matter:

1.      Paul O. Wickes is an attorney in good standing that is admitted to practice law by

the State Bar of Texas and is admitted to practice before the United States District Courts of the

Eastern, Northern and Western Districts of Texas.  Mr. Wickes is also admitted to practice before

the Fifth Circuit Court of Appeals.

2.      Mr. Wickes recently (less than two weeks prior to the filing of this motion) filed

his application for admission with the United States District Court for the Southern District of

Texas.  This application is still pending.

3.      The KCS Defendant have also retained the law firm of Rodriguez, Colvin &

Chaney, L.L.P. to assist in the defense of this suit.

MOTION FOR LEAVE                                                          PAGE 1

4.      Pursuant to Local Rule 83.1(K), KCS Defendants move for leave for Mr. Wickes

to appear as "attorney in charge" for Defendants in this action.

WHEREFORE, KCS Defendants respectfully request that the Court grant leave for Paul

O. Wickes to act as attorney in charge for Defendants in this action.

**Respectfully submitted,**

**HUNTON & WILLIAMS**

By: Paul O. Wickes with perm.
Paul O. Wickes
**Attorney-In-Charge**
State Bar No. 00788663
Fed I.D. No. [application pending]
1601 Bryan St., 30th Floor
Dallas, Texas  75201
(214) 979-3000
(214) 880-0011 FAX

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: RosaMaria Villagómez-Vela
RosaMaria Villagómez-Vela
State Bar No. 24008210
Fed I.D. No. 22983
Joseph A. Rodriguez
State Bar No. 17146600
Fed. I.D. No. 10107
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Tel:  (956) 542-7441
Fax: (956) 541-2170

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of aforementioned document was served upon all pro se plaintiffs of record, to-wit:

Maria Guadalupe Arroyo Tobias
Calle Obreos Libre #237
Col. Martires de Cananea
Santa Catarina, N.L. Mexico

Angela de Santiago
Calle San Martin Tuxtula #312
Col. San Gilberto
Santa Catarina, N.L. Mexico

Mirna Izaquirre De Robles
Obreros Libre #237
Col. Martires de Cananea
Santa Catarina, N.L. Mexico

Venancio Sifuentes V
Calle Silla #236
Fracc Hacienda Los Portales
Santa Catarina, N.L. Mexico

Ruben Blancas
Huerta #158
Col. Portales
Santa Catarina, N.L. Mexico

Estela Guzman (Gorman) De Guerra
Calle Rincon De La Fama #328
Infonavit Rincon del Pte
Santa Catarina, N.L. Mexico

Maria Marcelina Trejo De Reyes
1 Oriente #219
Col. Lopez Mateos
Santa Catarina, N.L. Mexico

Rene Rodriguez
Calle 15 Ptc #320
Col. Lopez Mateos
Santa Catarina, N.L. Mexico

Raquel Garcia Vallejo
Calle Nva. Independencia #219
Col. Independencia
Monterry, N.L. Mexico

by regular mail and registered mail, return receipt requested pursuant to the Federal Rules of Civil Procedure, on this the 13th day of January 2003.

_Rosa Maria Villagomez-Vela for_
PAUL O. WICKES _with permission_