IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VENANCIO SIFUENTES et. al, § § Plaintiffs, § § vs. § § KANSAS CITY SOUTHERN INDUSTRIES, § INC. et. al, § § Defendants. § | CIVIL CAUSE NO. B-02-233 |

### ORDER GRANTING DEFENDANTS' MOTION
### FOR EXTENSION OF TIME TO FILE ADDITIONAL EVIDENCE
### AND BRIEFING IN SUPPORT OF THEIR MOTIONS TO DISMISS

ON THIS DAY the Court considered the Defendants' motion to extend time to file additional evidentiary support and briefing in support of their motions to dismiss (the "Motion"). After consideration of the pleadings, the Motion, and any response filed in opposition to the Motion, the Court is of the opinion that the Motion has merit and should be GRANTED;

IT THEREFORE ORDERED THAT

1. Defendants Motion to Extend Time is granted;

2. Defendants shall have until and including February 12, 2003 to file their Brief in support of their Motion to Dismiss and affidavits and other supporting materials supporting those motions.

Signed this the 17TH day of January 2003

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE