IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VENANCIO SIFUENTES *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | CIVIL CAUSE NO. B-02-233 |
| | § | |
| KANSAS CITY SOUTHERN | § | |
| INDUSTRIES, INC. *et al*, | § | |
| | § | |
| Defendants | § | |

**AMENDED ORDER GRANTING
MOTION FOR LEAVE FOR PAUL O. WICKES
TO APPEAR AS ATTORNEY IN CHARGE**

CAME ON this day, Defendants' Kansas City Southern Industries, Inc. n/k/a Kansas City Southern ("KCS"), The Kansas City Southern Railway Company ("KCSR"), and Michael Haverty (collectively, "KCS Defendants") Motion for Leave for Paul O. Wickes to Appear As Attorney In Charge and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the KCS Defendants' Motion is **GRANTED**.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that Paul O. Wickes be allowed to appear as "attorney in charge" in this matter.

SIGNED this the 21ST day of January, 2003.

UNITED STATES DISTRICT JUDGE
MAGISTRATE