*13*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VENACIO SIFUENTES, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-233 |
| § | |
| KANSAS CITY SOUTHERN, ET AL § | |

TYPE OF CASE:      __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:  Initial Pretrial and Scheduling Conference before Judge John Wm. Black on April 16, 2003

**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen**

TYPE OF PROCEEDING:    **Initial Pretrial and Scheduling Conference**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6**
DATE AND TIME: April 16, 2003 @ 1:30 pm

Michael N. Milby, Clerk

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 6, 2003

TO: ALL COUNSEL OF RECORD