/4

United States District Court
Southern District of Texas
FILED

APR 1 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-02-233        DATE & TIME 4/16/03 @ 1:30 -1:49 pm

VENANCIO V. SIFUENTES, ET AL        PLAINTIFF'S
                                    COUNSEL

VS

KANSAS CITY SOUTHERN INDUSTRIES     DEFENDANTS'  TONY RODRIGUEZ
INC. DBA KANSAS CITY SOUTHERN       COUNSEL      PAUL O. WICKES
RAILWAY, ET AL

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket.

Antonio Ayala Guerrero attorney from Mexico is present and advises the court that he represents the Plaintiffs in Mexico. He also advises the Court that Plaintiffs are in the process of obtaining counsel in the U.S.

Tony Rodriguez and Paul Wickes present for the Defendants.

Defts have all filed jurisdictional claims. Plaintiffs have until May 15, 2003 to file response. If response is not filed by that time, Court will grant said motions. Plaintiffs' response to the federal question issue needs to specify what gets them into this court.

Court grants Deft leave to file response for Mexrail by May 1, 2003 and the response can be by either an answer or 12b motion. Court will take up said 12b motions on May 16.

Court will not issue a scheduling order at this time.

Court is adjourned.