

# HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
ENERGY PLAZA
30TH FLOOR
1601 BRYAN STREET
DALLAS, TEXAS 75201-3402

TEL     214 • 979 • 3000
FAX    214 • 880 • 0011

PAUL O. WICKES
DIRECT DIAL. 214-979-3070
EMAIL: pwickes@hunton.com

May 1, 2003

FILE NO: 86527.16

*United States District Court*
*Southern District of Texas*
*FILED*

*MAY 0 5 2003*

*Michael N. Milby*
*Clerk of Court*

*VIA FACSIMILE*

Honorable Andrew S. Hanen
United States District Court
Southern District of Texas
600 E. Harrison, Suite 301
Brownsville, Texas  78520-7114

Re:  *Venancio Sifuentes, et al. v. Kansas City Southern Industries, Inc., et al.*;
     Case No. B-02-233

Dear Judge Hanen:

During the scheduling conference on April 16, 2003, you asked that we check on service of citation for Defendant Mexrail, Inc. and respond to you by May 1, 2003. We have checked our files and those of the Court and can find no record indicating that Mexrail received service of citation in this action.

Sincerely,

Paul O. Wickes

Paul O. Wickes

POW/esw

cc:  All pro se plaintiffs