IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
RECEIVED

MAY 1 5 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| VENANCIO SIFUENTES, SURVIVING SPOUSE AND HEIR-AT-LAW OF EMILIA SANCHEZ RANGEL, DECEASED; MIENA ISAQUIRRE DE ROBLES, SURVIVING SPOUSE AND HEIR-AT-LAW OF ISIDRO ROBERTO ROBLES SAUCEDO, DECEASED; MARIA MARCELINA TREJO DE REYES, SURVIVING SPOUSE AND HEIR-AT-LAW OF ROMAN REYES MACIEL, DECEASED; ESTELA GORMAN DE GUERRA, SURVIVING SPOUSE AND HEIR-AT-LAW OF JOSE HILARIO GUERRA SEPULVEDA, DECEASED; ANGELA DE SANTIAGO, SURVIVING SPOUSE AND HEIR-AT LAW OF FRANCISCO GUERRERO CADENA, DECEASED; RENE RODRIGUEZ, INDIVIDUALLY; RUBEN BLANADS M., INDIVIDUALLY; MARIA GUADALUPE ARROYO TOBIAS, SURVIVING SPOUSE AND HEIR-AT-LAW OF EFRAIN CISNEROS, DECEASED; AND ROSARIO VALLEJO RODRIGUEZ DE GARCIA SURVIVING SPOUSE AND HEIR-AT-LAW MIGUEL GARCIA, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>KANSAS CITY SOUTHERN INDUSTRIES, INC. ("KCSI"); KANSAS CITY SOUTHERN RAILWAY COMPANY ("KCSR") GATEWAY WESTERN RAILWAY COMPANY; TEXAS MEXICAN RAILWAY; MEXRAIL, INC.; KCSI COMPANY; GRUPO TRANSPORTACION FERROVIARIA MEXICANAN, S.A. DE C.V.; MICHAEL R. HAVERTY, INDIVIDUALLY AND AS PRESIDENT AND CHIEF EXECUTIVE OFFICER OF KANSAS CITY SOUTHERN INDUSTRIES; AND MARIO GONZALES, INDIVIDUALLY AND AS CHIEF FINANCE OFFICER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL CAUSE NO. B-02-233<br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF APPEARANCE OF MICHAEL A. CADDELL AS ATTORNEY-IN-CHARGE FOR PLAINTIFFS AND MOTION TO <u>DISMISS WITHOUT PREJUDICE</u>**

COME NOW Plaintiffs and file this Notice of Appearance of Michael A. Caddell as attorney-in-charge for Plaintiffs, and Motion to Dismiss the present cause of action without prejudice.

## I.
## NOTICE OF APPEARANCE

1. Plaintiffs filed this cause of action *pro se* on December 17, 2002. Defendants filed various motions seeking to have this action dismissed based on lack of personal and subject matter jurisdiction, and *forum non conveniens*. On April 16, 2003 the Court held a scheduling conference at which a representative of the Plaintiffs explained to the Court that the Plaintiffs were still attempting to find Texas counsel to represent them in this action. The Court gave Plaintiffs until May 16, 2003 to retain counsel and respond to the Defendants' motions.

2. Plaintiffs have now retained the undersigned, Michael A. Caddell, of Caddell & Chapman to represent them in this matter.

## II.
## MOTION TO DISMISS WITHOUT PREJUDICE

3. Plaintiffs move that this case be dismissed without prejudice to refile.

4. Voluntary dismissal is ordinarily allowed unless the defendants would suffer some plain legal prejudice other than mere prospect of a second lawsuit when the trial court exercises its discretion, and "plain legal prejudice," for purposes of a motion to voluntarily dismiss, does not occur where defendant merely faces the threat of a second lawsuit or tactical disadvantage.

5. Defendants have not pleaded any counterclaim against Plaintiffs. The present litigation is not at an advanced state of litigation. No discovery requests have been served, no depositions have been taken, Defendants have not answered, and no trial date has been set. Defendants would suffer no clear legal prejudice should this Court grant a dismissal without prejudice of this action.

WHEREFORE, Plaintiffs ask leave to dismiss the instant case without prejudice, each party to bear its own costs, so that Plaintiffs may pursue their claims in an appropriate forum.

Respectfully submitted,

*Michael Caddell*

Michael A. Caddell
SBT No. 03576700
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
(713) 751-0400 Telephone
(713) 751-0906 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:

Cynthia B. Chapman
SBT No. 07963339
Cory S. Fein
SBT No. 06879450
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010
(713) 751-0400 Telephone
(713) 751-0906 Facsimile

## CERTIFICATE OF SERVICE

    I certify that, on May 15, 2003, I served a true and correct copy of the foregoing document by facsimile and certified mail, return receipt requested, on the following parties of record:

| | |
|---|---|
| RosaMaria Villagómez-Vela<br>Joseph A. Rodriguez<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 East Van Buren<br>P.O. Box 2155<br>Brownsville TX 78522 | Paul O. Wickes<br>Hunton & Williams<br>1601 Bryan St., 30th Floor<br>Dallas TX 75201 |

_____
Cory S. Fein

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| VENANCIO SIFUENTES, et al. | § § § | |
| Plaintiffs, | § § | CIVIL CAUSE NO. B-02-233 |
| v. | § § | |
| KANSAS CITY SOUTHERN INDUSTRIES, INC. ("KCSI"); KANSAS CITY SOUTHERN RAILWAY COMPANY ("KCSR"); et al. | § § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER having come before the Court on Plaintiffs' Motion to Dismiss without Prejudice, the Court being advised in the premises finds that the Motion is well taken and should be granted. It is hereby,

ORDERED that this cause of action is DISMISSED without prejudice to refile, and that each party shall bear his or its own costs and attorneys' fees.


Entered this ___ day _____, 2003


_____
UNITED STATES DISTRICT JUDGE