IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VENANCIO SIFUENTES, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL CAUSE NO. B-02-233 |
| § | |
| KANSAS CITY SOUTHERN INDUSTRIES, INC. ("KCSI"); § | |
| KANSAS CITY SOUTHERN RAILWAY COMPANY § | |
| ("KCSR") GATEWAY WESTERN RAILWAY COMPANY; § | |
| TEXAS MEXICAN RAILWAY; MEXRAIL, INC.; KCSI § | |
| COMPANY; GRUPO TRANSPORTACION FERROVIARIA § | |
| MEXICANAN, S.A. DE C.V.; MICHAEL R. HAVERTY, § | |
| INDIVIDUALLY AND AS PRESIDENT AND CHIEF § | |
| EXECUTIVE OFFICER OF KANSAS CITY SOUTHERN § | |
| INDUSTRIES; AND MARIO GONZALES, INDIVIDUALLY § | |
| AND AS CHIEF FINANCE OFFICER § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |
| § | |

## CERTIFICATE OF CONFERENCE FOR MOTION TO DISMISS WITHOUT PREJUDICE

I certify that I conferred with Defendants' counsel, Paul O. Wickes by telephone on May 21, 2003, at 5:00 p.m. regarding Plaintiffs' Motion to Dismiss Without Prejudice. He told me that he opposed the motion and we were unable to reach an agreement on the matter.

Cory S. Fein

Respectfully submitted,

*Michael Caddell*
_____
Michael A. Caddell
SBT No. 03576700
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
(713) 751-0400 Telephone
(713) 751-0906 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:

Cynthia B. Chapman
SBT No. 07963339
Cory S. Fein
SBT No. 06879450
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010
(713) 751-0400 Telephone
(713) 751-0906 Facsimile

## CERTIFICATE OF SERVICE

I certify that, on May 21, 2003, I served a true and correct copy of the foregoing document by certified mail, return receipt requested, on the following parties of record:

RosaMaria Villagómez-Vela
Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville TX 78522

Paul O. Wickes
Hunton & Williams
1601 Bryan St., 30th Floor
Dallas TX 75201

_____
Cory S. Fein