THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

TELEPHONIC CONFERENCE

MAY 3 0 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-233     DATE & TIME 5/30/03 @ 9:00 - 9:10 am

COUNSEL:

| VENACIO SIFUENTES, ET AL | § | CORY FEIN |
|---|---|---|
| VS | § | |
| KANSAS CITY SOUTHERN INDUSTRIES, ET AL | § | ROSA MARIA VILLAGOMES-VELA  PAUL WICKES |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard

Case called on the docket. Cory Fein appeared for Plaintiffs. Rosa Maria Villagomez-Vella & Paul Wickes appeared for Defendants. All parties appeared telephonically.

Court addresses Plaintiff's Motion to Dismiss without Prejudice. After arguments of counsel, Court GRANTS Plaintiff's Motion to Dismiss without Prejudice.

Court is adjourned.