*19*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
MAY 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VENANCIO SIFUENTES ET AL., <br> PLAINTIFFS, | § § § | |
| VS. | § § | CIVIL NO. B-02-233 |
| KANSAS CITY S. INDUSS., INC. ET AL., <br> DEFENDANTS | § § § | |

## ORDER

Pending is Plaintiffs' Motion to Dismiss Without Prejudice. Docket No. 16. The parties convened in chambers via telephonic conference call on May 30, 2003 to discuss same. Defendants withdrew their opposition to Plaintiffs' Motion to Dismiss during said conference call and indicated that dismissal of this suit without prejudice is proper. Therefore, it is **ORDERED** that this cause of action is **DISMISSED** without prejudice to refile, and that each party shall bear his, her, or its own costs and attorneys' fees.

Signed in Brownsville, Texas, on the 30th day of May, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE